IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:19cr381 |
| Plaintiff, | |
| vs. | |
| | MEMORANDUM AND ORDER |
| BRANDON D. WOLFF, | |
| Defendant. | |

This matter is before the Court on Findings and Recommendation, ECF No. 49, of a Magistrate Judge recommending that I accept the Defendant's plea of guilty. There are no objections to the Findings and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record.

IT IS ORDERED:

1. The Findings and Recommendation, ECF No. 49, are adopted;

2. The Court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea;

3. The Defendant's plea is accepted, and he is found guilty of Count I of the Indictment;

4. I defer acceptance of the plea agreement until the time of sentencing pursuant to Federal Rule of Criminal Procedure 11(c)(3). Unless otherwise stated at the time of sentencing, the plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence; and

5. This case will proceed to sentencing.

DATED this 15th day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge